UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL DOCKET 4:20-CR-673-01 |
| *versus* | § | |
| | § | JUDGE GEORGE C. HANKS, JR. |
| JASON MULDER | § | |

**NOTICE OF DEFENDANT'S REQUEST FOR RULING ON *PRO SE* MOTION**

*TO THE HONORABLE GEORGE C. HANKS, JR.*:

 Jason Mulder's defense counsel provides notice that Mulder asks the Court to rule on the *pro se* motion filed as docket entry 16.

              Respectfully submitted,

              /s/ David Adler

              _____

              David Adler
              State Bar of Texas 00923150
              6750 West Loop South
              Suite 120
              Bellaire (Houston), Texas 77401
              (713) 666-7576
              (713) 665-7070 (Fax)

              Attorney for Defendant,
              Jason Mulder

CERTIFICATE OF SERVICE

 A copy of this motion was served on the Assistant U.S. Attorney via CM/ECF on May 13, 2021.

              /s/ David Adler

              _____

              David Adler